IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AHMED KADIL,

        Plaintiff,

  vs.

EDWARD S. ALAMEIDA, JR., et al.,

        Defendants.

No. CIV S-03-2333-MCE-CMK-P

FINDINGS AND RECOMMENDATIONS

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On November 29, 2005, the court granted plaintiff leave to file an amended complaint within 30 days to allege a constitutional violation as against defendant Alameida.[1] Plaintiff was advised that, if he chose not to file an amended complaint, the court would recommend dismissal of defendant Alameida for failure to state a claim and that this action would proceed as against defendant Spaulding only.  Plaintiff has not filed an amended complaint.

---

[1] Service of this complaint has been deemed appropriate for defendant Spaulding, who filed an answer on July 2, 2004.

1

1   Based on the foregoing, and for the substantive reasons outlined in the court's
2 March 24, 2004, order, the undersigned recommends that defendant Alameida be dismissed and
3 that this action proceed as against defendant Spaulding only.
4   These findings and recommendations are submitted to the United States District
5 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days
6 after being served with these findings and recommendations, any party may file written
7 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
8 Findings and Recommendations."  Failure to file objections within the specified time may waive
9 the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

11 DATED:  January 9, 2006.

                _____
                **CRAIG M. KELLISON**
                UNITED STATES MAGISTRATE JUDGE