IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AHMED KADIL,

        Plaintiff,

   v.

EDWARD S. ALAMEIDA, JR.,
et al.,

        Defendants.
                            /

No. 2:03-cv-2333-MCE-CMK-P

ORDER

    Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On January 9, 2006, the magistrate judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any Objections to the Findings and Recommendations were to be filed within ten (10) days. Plaintiff has not filed Objections to the Findings and Recommendations.

1

1  The Court has reviewed the file and finds the Findings and
2  Recommendations to be supported by the record and by the
3  magistrate judge's analysis.
4  Accordingly, IT IS HEREBY ORDERED that:
5  1.  The Findings and Recommendations filed January 9, 2006,
6  are adopted in full;
7  2.  Defendant Alameida is dismissed; and
8  3.  This action proceeds as against Defendant Spaulding
9  only, who is now required to file a Status Report pursuant to the
10 Court's October 18, 2005, order within thirty (30) days of the
11 date of service of this Order.
12 DATE: March 1, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2