IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED KADIL, | No. CIV S-03-2333-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| J. SPAULDING,[1] | |
| Defendant. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendant's motion to be relieved of the obligation to file a status report, which the court construes as a motion for modification of the April 20, 2006, scheduling order. Specifically, all dates in that order have now elapsed, except the time for defendants to file a pre-trial statement.[2] Good cause appearing therefor, defendants' motion will be granted and the scheduling order shall be modified insofar

---

[1] Pursuant to the court's March 3, 2006, order, this action now proceeds as against defendant Spaulding only. The Clerk of the Court is directed to update the docket to reflect the caption above.

[2] No trial date has been set.

1

as all upcoming deadlines are vacated.   Following resolution of defendant's motion for summary judgment, the court will issue a further scheduling order, if necessary.

        Defendant's motion for summary judgment will be addressed by separate findings and recommendations.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    Defendant's motion for modification of the scheduling order (Doc. 34) is granted; and

        2.    The court's April 20, 2006, order is modified insofar as all deadlines which have not already passed are vacated.

DATED:   January 24, 2007.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE